# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2900

_____

CHARLES A. HUGGINS,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Hamilton County.
Melissa G. Olin, Judge.

November 20, 2025

PER CURIAM.

    AFFIRMED.

LEWIS, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charles A. Huggins, pro se, Appellant.

Jessica J. Yeary, Public Defender, and Joel D. Arnold, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.